IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE MESSER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| UNIVISION RADIO, INC, | § | CIVIL ACTION NO. A:06ca657-SS |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Julie Messer and Defendant Univision Radio, Inc. announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

/s/ Robert Notzon
Robert Notzon
The Law Office of Robert Notzon
Texas Bar No. 00797934
1507 Nueces St.
Austin, Texas 78701
Telephone: (512) 474-7563
Facsimile: (512) 474-9489

ATTORNEY FOR PLAINTIFF

DAL02:490618.1

/s/Karen Griffin
Karen Griffin
Texas Bar No. 00796680
E. Cynthia Uduebor
Texas Bar No. 24047012
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 10th, 2007 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the CM/ECF system which will send notification of such filing to the following:

Robert Notzon
The Law Office of Robert Notzon
1507 Nueces St.
Austin, Texas 78701

/s/Karen Griffin
Karen Griffin

DAL02:490618.1